IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

DWIGHT ANTHONY BROWN,

                Plaintiff,

v.                                            Civil Action No. 3:12-cv-00312-JAG

MICHAEL J. ASTRUE,
ERIC HOLDER, JR.,
NEIL H. MACBRIDE,
JIM ROTHROCK,
and DREW A. SWANK,

                Defendants.

## FINAL ORDER

THIS MATTER is before the Court on the Magistrate Judge's Report and Recommendation ("R&R"), entered August 9, 2012. (Dk. No. 27.) The plaintiff has filed timely objections. Having considered the matter, it is hereby ORDERED:

1) The Court hereby ADOPTS the R&R as the OPINION of the Court with no modifications.

2) The Court OVERRULES the plaintiff's objections for the reasons given in the accompanying Memorandum Opinion.

3) The Court DISMISSES the plaintiff's complaint with prejudice.

4) The Court GRANTS the defendants' motions to dismiss. (Dk. Nos. 12, 18.)

5) The Court DENIES the plaintiff's motion for summary judgment. (Dk. No. 21.)

6) The Court DENIES AS MOOT the plaintiff's motion to introduce new evidence and clarify existing medical evidence. (Dk. No. 35.)

7) This case is CLOSED.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record and Mr. Brown.

Date: May 20, 2013
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge

2